832

No. 82–6570. KNIGHT *v.* JOHNSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–6589. COOK *v.* UNITED STATES DEPARTMENT OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 82–6592. SMITH *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 82–6600. MOLLOHAN *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 82–6601. MATTESON *v.* OREGON STATE PENITENTIARY, CORRECTIONS DIVISION. Ct. App. Ore. Certiorari denied.

No. 82–6604. DORSEY *v.* MAGGIO, WARDEN, LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 82–6610. COLEMAN *v.* MCCARTHY, SUPERINTENDENT OF THE CALIFORNIA MEN'S COLONY. C. A. 9th Cir. Certiorari denied.

No. 82–6619. DAVID *v.* ATTORNEY GENERAL OF THE UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–6621. DEAVERS *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 82–6636. POWELL *v.* U. S. BUREAU OF PRISONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–6637. BLYDEN *v.* GOVERNMENT OF THE VIRGIN ISLANDS; and
No. 82–6790. GEORGE *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. Reported below: 699 F. 2d 121.

No. 82–6655. FORD *v.* ISRAEL ET AL. C. A. 7th Cir. Certiorari denied.